UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **MACHIAS SAVINGS BANK,**<br><br>    **Plaintiff**<br><br>v.<br><br>**F/V SEADUCTION**<br>(O.N. 1112478), her masts, boilers, cables, engines, machinery, bowspirits, sails, rigging, boats, anchors, chains, tackle, apparel, furniture, fitting, tools, pumps, and her other equipment and supplies,<br><br>    *in rem,*<br><br>    **Defendant.** | No. 1:25-cv-00037-SDN |

### ORDER ON MOTION FOR ISSUANCE OF
### WARRANT FOR MARITIME ARREST OF *F/V SEADUCTION*
### AND ALL APPURTENANCES ATTACHED THERETO

Upon consideration of the Plaintiff's ex parte motion for issuance of warrant of arrest (ECF No. 4) and verified complaint (ECF No. 1), the Court finds that the conditions for an action *in rem* pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims appear to exist and hereby **ORDERS** as follows:

1. The Clerk shall issue a warrant of maritime arrest for *F/V Seaduction* (O.N. 1112478), her engines, boilers, tackle, fishing and salting equipment, appurtenances, electronics, and her other operating equipment, etc.

2. A copy of this order shall be attached to and served with the warrant of maritime arrest.

3. Any person claiming an interest in the property arrested pursuant to this order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the arrest should not be vacated or other relief granted.

Dated: January 25, 2025

                                                /s/ Karen Frink Wolf
                                                United States Magistrate Judge