UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **MACHIAS SAVINGS BANK,** )<br>) | |
| **Plaintiff** )<br>) | |
| v. ) | No. 1:25-cv-00037-SDN |
| ) | |
| **F/V SEADUCTION** )<br>(O.N. 1112478), her masts, boilers, )<br>cables, engines, machinery, )<br>bowspirits, sails, rigging, boats, )<br>anchors, chains, tackle, apparel, )<br>furniture, fitting, tools, pumps, and )<br>her other equipment and supplies, )<br>) | |
| *in rem,* )<br>) | |
| **Defendant.** ) | |

**ORDER ON MOTION FOR DESIGNATION OF PUBLIC NOTICE**

Upon consideration of the Plaintiff's motion for designation of public notice (ECF No. 5) in this admiralty action under the provisions of Fed. R. Civ. P. 9(h) and Rule C of the Supplemental Rules for Admiralty or Maritime Claims, and in the event that the *F/V Seaduction* (O.N. 1112478), her engines, boilers, tackle, fishing and salting equipment, appurtenances, electronics, and her other operating equipment, etc., are not released within fourteen (14) days after execution of process, the Court hereby ***ORDERS*** as follows:

1. The Plaintiff shall cause the notice attached to this order as Exhibit A to be published in the Bangor Daily News within twenty-one (21) days after execution of process.

1

2. The Plaintiff shall provide notice of this suit to the master or the caretaker of *F/V Seaduction* (O.N. 1112478) and to the owner and to any person, firm or corporation who has recorded a mortgage pursuant to 46 U.S.C. § 31321, or a notice of claim of lien, as of January 30, 2025, by mailing a copy of the attached notice by certified mail, return receipt requested, within fourteen (14) days after execution of process.

Dated: January 31, 2025

/s/ Karen Frink Wolf
United States Magistrate Judge