UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MACHIAS SAVINGS BANK,<br><br>    Plaintiff,<br><br>v.<br><br>*F/V SEADUCTION* (O.N. 1112478),<br>    *her masts, boilers, cables, engines, machinery, bowspirits, sails, rigging, boats, anchors, chains, tackle, apparel, furniture, fitting, tools, pumps, and her other equipment and supplies,*<br><br>    *in rem*,<br><br>    Defendant. | Civil Action<br>Docket No. 1:25-cv-00037-SDN |

### **WARRANT FOR ARREST OF VESSEL OR OTHER PROPERTY**

To the U.S. Marshal or his / her Deputy, GREETINGS:

    WHEREAS, a Verified Complaint was filed herein praying that process issue for the arrest of the *F/V SEADUCTION* (O.N. 1112478), her engines, boilers, tackle, fishing and salting equipment, appurtenances, electronics, and her other operating equipment*, etc.*, or other property that is the subject of this action;

    NOW, THEREFORE, we do hereby command that you seize, take, and safely hold the following property, to wit: *F/V SEADUCTION* (O.N. 1112478), her engines, boilers, tackle, fishing and salting equipment, appurtenances, electronics, and her other operating equipment*, etc.*, *in rem*; that you serve the vessel by attaching a copy of the process of this Court in a conspicuous place in the wheel house of the vessel located on her wharf or mooring at Guptill's Wharf, 48 Alexander

Avenue, in Jonesport, Maine. Any individual or corporation making claim to the property seized hereunder shall file a verified statement of right or interest within fourteen (14) days after execution of process, or within such additional time as may be allowed by the Court, and shall serve his / her answer within twenty-one (21) days after the filing of the verified statement of right or interest.

YOU ARE FURTHER COMMANDED to return this process after execution for prompt filing with the Clerk of this Court.

Date and time issued: __10:39 am, Feb 04 2025__

_____
Clerk of Court Signature

City and state: __Portland, Maine__

__Christa K. Berry   Clerk of Court__
Printed name and title

UNITED STATES OF AMERICA

DISTRICT OF MAINE, ss: _____, 2025

In obedience to the within precept, I have this day seized and taken possession of the within-named *F/V SEADUCTION* (O.N. 1112478), her engines, boilers, tackle, fishing and salting equipment, appurtenances, electronics, and her other operating equipment, *etc.*, and now have the same in my custody to abide the further order of Court thereon.

FEES: Service_____

_____
U.S. MARSHAL, DISTRICT OF MAINE
DEPUTY U.S. MARSHAL

Warrant / F/V SEADUCTION (O.N. 1112478)